**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| C.R.W., | : |
|     Plaintiff, | : |
| v. | : CASE NO. 3:21-CV-30-CDL-MSH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|     Defendant. | : |

**ORDER**

This Court hereby orders that this action be remanded to the Commissioner under sentence four of 42 U.S.C. §405(g) for further administrative proceedings pursuant to the mandate of the United States Court of Appeals for the Eleventh Circuit. (ECF No. 39). *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this **16th** day of **March, 2023.**

                                           S/Clay D. Land
                                           CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE